FILED'04 JUL 26 12:29USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HAZZARD, et al.; MADOLE, et al.; and BIRKETT, et al.;<br><br>       Plaintiffs,<br><br>  v.<br><br>STOEL RIVES, LLP; MARK PETERMAN; O'MELVENY & MYERS LLP; WEISS, JENSEN, ELLIS & HOWARD, P.C., a professional corporation; and McCARTER & ENLGISH, LLP;<br><br>       Defendants. | Civil No. CV 01-1580 HU<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41, the stipulation of all parties by and through their counsel of record herein as set forth below, and on the June 19, 2002 Final Judgment and Order by U.S. District Court Judge Garr M. King approving the mediated settlement of this case, it is hereby,

ORDERED and ADJUDGED that this action, and all claims of the plaintiffs, and each of them, related to, arising out of, or based upon any of Claimants' Actions against the Released Parties (as defined in the Settlement

STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE
Page 1

Agreements with the defendants) are dismissed with prejudice and without costs, sanctions or attorneys' fees against any party.

_____  7-26-04
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

## HAZZARD PLAINTIFFS

Tom Hazzard, Clayne Hansen, Lee D. Clinton, Kathy Henderson, and Chuck Vogel as Trustees for Idaho Signatory Employers' Laborers Pension Plan; Lee D. Clinton, George Gritz, L. Richard Steward, John Sutherland, Steve J. White, Al Norbraten, Jay Minor, Darryl Vanlom, and Dale Campbell as Trustees for Oregon Laborers-Employers Pension Plan & Trust; Lee D. Clinton, George Gritz, L. Richard Steward, John Sutherland, Steve J. White, Al Norbraten, Jay Minor, Darryl Vanlom, and Dale Campbell as Trustees for Oregon Laborers-Employers Defined Contribution & 401(k) Plan; Lee D. Clinton, Jim Hansen, John Sutherland, Dale Sabroski, Dan Roberts, Darryl Vanlom, Jay Minor, Robert Okano, Terry Kelly, and Dale Campbell as Trustees for Oregon Laborers-Employers Health & Welfare Plan; Judy L. O'Connor, Dave Andersen, Bradley D. Eagelston, Wally Mehrens, Bob Williams, Gary Kirkland, Joy Cohrs, Mike Richards, Kirk Stanford, and Stacy Bland as Trustees for 401(k) Retirement Fund of the Office & Professional Employees International Union, Local 11; Dave Andersen, Diana Johnston, Michael McCoy, Bradley D. Eagelston, Claire Collins, Frances Lee, Gary Kirkland, Richard Oare, James E. Sullivan and Joan B. Stanford as Trustees for Office & Professional Employees International Union, Local #11 Health & Welfare Trust Fund; Jerry Fullman, Ed Gormley, William Sikora, Nicholas D. Scovill, Matt Walters, Paul Clendenin, Leroy Hammer, and Dean Morey as Trustees for United Association union Local No. 290 Plumber, Steamfitter & Shipfitter Industry Pension Trust and Trustees for United Association Union Local No. 290 Plumber, Steamfitter & Shipfitter Industry Health & Welfare Plan & Trust; Jerry Fullman, Ed Gormley, William Sikora, Nicholas D. Scovill, Matt Walters, Paul Clendenin, Dave W. Stahly, and Lyman Warnock as Trustees for United Association Union Local No. 290 Plumber, Steamfitter & Shipfitter Industry 401(k) Plan & Trust

DATED this ____ day of October, 2003.

BULLIVANT HOUSER BAILEY, PC

By _____
STEPHEN F. ENGLISH, OSB #73084
CHRYS A. MARTIN, OSB #81305
ROBERT B. MILLER, OSB #96006
Telephone: (503) 228-6351
Attorneys for Hazzard Plaintiffs

STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE
Page 3

## BIRKETT PLAINTIFFS

William J. Birkett, Jr., Jeff Cates, Klaas De Boer, Jr., Jules Weaver, Frank Kulow, John Malone, Phil Oaks, James Peterson, Craig Whitney, Richard Zier, Robert Bodell, Robert Grinstead, Jr., Don Herzog, Clifford C. Howard, Marshall L. Johnson, Ronald Jones, Robert Mayhew, Blaine Newman, Manuel Pino, and Duane L. Tidwell as Trustees for the Eighth District Electrical Pension Fund, an employee benefit pension plan as defined in ERISA § 3(2)(A), 29 USC § 1002(2)(A); Clifford C. Howard, Duane Tidwell, Robert D. Grinstead, Jr., Don Herzog, Bob Bodell, Marshall Johnson, Paul F. Cavanagh, Jr., Rick Oakland, Robert Mayhew, Benjamin Antunes, Larry Littrell, Lloyd Davison, Klaas De Boer, Ralph Lufen, Frank Kulow, Jim Peterson, William Bentley, Jeff Cates, Susan King, William Birkett, Melvin Butts, and Jules Weaver as Trustees for the Eighth District Electrical Benefit Fund, an employee welfare benefit plan as defined in ERISA § 3(1), 29 USC § 1002(1); Clifford C. Howard, Duane Tidwell, Robert D. Grinstead, Jr., Don Herzog, Bob Bodell, Marshall Johnson, Paul F. Cavanagh, Jr., Rick Oakland, Robert Mayhew, Benjamin Antunes, Larry Littrell, Lloyd Davison, Klaas De Boer, Ralph Lufen, Frank Kulow, Jim Peterson, William Bentley, Jeff Cates, Susan King, William Birkett, Melvin Butts, and Jules Weaver as Trustees for the Eighth District Electrical Benefit Fund, an employee welfare benefit plan as defined in ERISA § 3(1), 29 USC § 1002(1); Benjamin Antunes, Larry Wearin, Omar Alloway, Robert Scott, Ron Hanna, and Max Smith as Trustees for the Idaho Electrical Joint Apprenticeship & Training Trust Fund, a training trust under 29 USC 186(c), § 302(c)(2) of the Labor Management Relations Act, also known as the Taft-Hartley Act; Ray Gibson, Ken Mackey, Bob Legino, Jim Riney, John Wolf, Randy Caranci, Elaine Hughes, Ralph Lufen, Dan Curtin, James Giese, Bill Kremsner, Duane Tidwell, Butch Hueske, Steve Kimsey, Francis Marcotte as Trustees for the Denver NECA/IBEW Joint Industry Promotional Fund, an LMCC under 29 USC 186(c), §302(c)(9) of the Labor-Management Relations Act, also known as the Taft-Hartley Act; T. E. Stonecypher, Mary Hall, Richard Vignaroli, Stuart Tanner, Rick Oakland, Jim Morrow, Rocky Anderson, Troy Crockett and William Birkett as Trustees for the Wyoming Electrical Joint Apprenticeship & Training Committee, a training trust under 29 USC 186(c), § 302(c)(2) of the Labor-Management Relations Act, also known as the Taft-Hartley Act

DATED this 24 day of SEPT, 2003.

KILMER, VOORHEES & LAURICK PC

By _____
CHRISTOPHER T. CARSON
Telephone: (503) 224-0055
Attorney for Birkett Plaintiffs

STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE
Page 4

## MADOLE PLAINTIFFS

John D. Madole, Jr.; B.J. Sullivan, James Larrieu, Stephen C. Benna, James K. Bernsen, Robert Sheets, Marc Furman and Steve D. Muchicko in their representative capacity as Trustees of the Carpenters Health & Insurance Trust Fund for Northern Nevada; John D. Madole, Jr.; B.J. Sullivan, James Larrieu, Stephen C. Benna, James K. Bernsen, Robert Sheets, Marc Furman, and Ralph L. Fellows in their representative capacity as Trustees of the Carpenters Pension Trust Fund of Northern Nevada; John D. Madole, Jr., B.J. Sullivan, James Larrieu, Stephen C. Benna, James K. Bernsen, Robert Sheets, Marc Furman, and Ralph L. Fellows, in their representative capacity as Trustees of the Carpenters Savings Trust Fund; John D. Madole, Jr., Norman L. Dianda, Dan Rusnak, Richard Houts, and Richard Daly in their representative capacity as Trustees of the Northern Nevada Laborers Health & Welfare Trust Fund; John D. Madole, Jr., Norman L. Dianda, Dan Rusnak, Richard Houts, and Richard Daly in their representative capacity as Trustees of the Laborers Pension Trust Fund for Northern Nevada; John D. Madole, Jr. Norman L. Dianda, Dan Rusnak, Richard Houts, and Richard Daly in their representative capacity as Trustees of the Construction Workers Vacation Savings Trust Plan; John D. Madole, Jr., Christopher D. Benna, Mark Baker, Louis E. Martino, Mark W. Tracy, and Harold Don Bouma in their representative capacity as Trustees of the Teamsters Local No. 533 Health & Welfare Trust Fund; John D. Madole, Jr., Christopher D. Benna, Mark Baker, Louis E. Martino, Mark W. Tracy, and Harold Don Bouma in their representative capacity as Trustees of the Teamsters Local No. 533 Vacation Trust Fund; Mike Daugherty, Chris Sterne, Thomas P. Keating, John Fleck, Lontine, Dwayne Stephens in their representative capacity as Trustees of the Sheet Metal Workers Local No. 9 Pension Trust Fund; Mike Daugherty, Chris Sterne, Thomas P. Keating, John Fleck, John Lontine, Dwayne Stephens in their representative capacity as Trustees of Sheet Metal Workers Local No. 9 Health and Welfare Trust Fund; John Thomas, Tom R. Olive, Ernie Tricarico, Thomas P. Keating, Dwayne Stephens, John Lontine, John Fleck, Brian Summers, in their representative capacity as Trustees of the Sheet Metal Workers Local No. 9 Joint Apprenticeship Training Fund; Sheet Metal Workers International Association, Local No. 9; International Brotherhood of Electrical Workers, Local No. 415; International Brotherhood of Electrical Workers, Local No. 113; International Brotherhood of Electrical Workers, Local No. 322; International Brotherhood of Electrical Workers, Local 291; International Brotherhood of Electrical Workers, Local No. 57; International Brotherhood of Electrical Workers, Local No. 68; Local Union No. 184, United Brotherhood of Carpenters and Joiners of America; Sheet Metal Workers International Association, Local No. 20; Pat Eyre, Patti Anderson, Mike Tolboe, John McEntire, Mike Kubersky, Phil Harmon, and John Salazar in their representative capacity as Trustees of the Utah Carpenters & Cement Masons Pension Fund; Pat Eyre, Patti Anderson, Mike Tolboe, John McEntire, Mike Kuberski, Phil Harmon, and John Salazar in their representative capacity as Trustees of the Utah Carpenters & Cement Masons Health & Welfare Fund; Rick Dunn, Alan Burrow, Patrick Dwyer, David Love, Michael P. Kubersky, Phil Harmon, Dean Crawford and Kevin Rasband in their representative capacity as Trustees of the Utah Carpenters and Allied Trades Apprenticeship and Education Trust Fund; Wayne Dikeman, Phil Burns, Jerry Smart, Terry Bean, Keith Swerdfeger, Fred DiBartolo, and Paul Jacobson in their representative capacity as Trustees of the Operating Engineers Health and Welfare Trust Fund for Colorado; Duane Tidwell, Gene Franck, Mike Hastings, Ralph Lufen, Chris Syrpes, and Dan Friesen in their representative capacity as Trustees of the Electrical Industry Benefit Vacation & Paid Holiday Fund; Estevan Trujillo, John Arnada, Stephen King, Nick DeGroen, Bruce Plotcher, and Joe Carbone in their representative capacity as Trustees of

the Colorado Painters Health Benefit Fund; International Brotherhood of Painters & Allied Trades Local Union No. 79; Colorado Building & Construction Trades Council; James and Nancy Case in their representative capacity as Trustees for the 1982 Case Family Trust; James E. Case, individually; Mentor Investments, LLC, a Nevada limited liability company; Richard Ruppert, individually; Duane J. Grundhoefer, Larry MacDonald, James Marold, Jeffrey C. Ohman, Lonnie R. Johnson, and James Bethke, in their representative capacity as Trustees of the Electrical Workers Local No. 292 Annuity Fund; Duane J. Grundhoefer, Larry MacDonald, James Marold, Jeffrey C. Ohman, Lonnie R. Johnson, and James Bethke in their representative capacity as Trustees of the Electrical Workers Local No. 292 Pension Fund; International Brotherhood of Electrical Workers Local Union No. 294; International Brotherhood of Electrical Workers Local No. 292; Construction and General Laborers Local Union No. 563; Laborers District Council of Minnesota and North Dakota; International Bridge, Structural and Reinforcing Iron Workers, Local Union No. 1; International Brotherhood of Electrical Workers Local Union No. 134; Heat and Frost Insulators and Asbestos Workers Local 17; Pacific Northwest Regional Council of Carpenters; Arizona State District Council of Carpenters; United Brotherhood of Carpenters, Local No. 408; Reno-Sparks Ready Mix, Inc. Profit Sharing Plan

DATED this 25 day of September, 2003.

JENKINS & CARTER

By _____
NATHAN JENKINS
Telephone: (775) 829-7800
Attorneys for Madole Plaintiffs

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
Page 6

## DEFENDANT PARTIES

For Defendant O'Melveny & Myers LLP:

DATED this 17th day of October 2003.

        BODYFELT MOUNT STROUP & CHAMBERLAIN

        By /s/ Peter R. Chamberlain
          PETER R. CHAMBERLAIN
          Telephone: (503) 243-1022
          Attorneys for O'Melveny & Myers LLP


For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this ____ day of _____ 2003.

        BLACK HELTERLINE LLP


        By_____
          MICHAEL B. MERCHANT
          Telephone: (503) 224-5560
          Attorneys for Weiss, Jensen, Ellis & Howard PC


For Defendant McCarter & English LLP:

DATED this ____ day of _____ 2003.

        THE ROSEN LAW FIRM


        By_____
          STEVEN O. ROSEN
          Telephone: (503) 525-2525
          Attorneys for McCarter & English LLP

## DEFENDANT PARTIES

For Defendant O'Melveny & Myers LLP:

DATED this _____ day of _____ 2003.

        BODYFELT MOUNT STROUP & CHAMBERLAIN

        By_____
        PETER R. CHAMBERLAIN
        Telephone: (503) 243-1022
        Attorneys for O'Melveny & Myers LLP

For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this 25th day of April 2004.

        BLACK HELTERLINE LLP

        By_____
        MICHAEL B. MERCHANT
        Telephone: (503) 224-5560
        Attorneys for Weiss, Jensen, Ellis & Howard PC

For Defendant McCarter & English LLP:

DATED this _____ day of _____ 2003.

        THE ROSEN LAW FIRM

        By_____
        STEVEN O. ROSEN
        Telephone: (503) 525-2525
        Attorneys for McCarter & English LLP

## DEFENDANT PARTIES

For Defendant O'Melveny & Myers LLP:

DATED this _____ day of _____ 2003.

                BODYFELT MOUNT STROUP & CHAMBERLAIN

                By_____
                   PETER R. CHAMBERLAIN
                   Telephone: (503) 243-1022
                   Attorneys for O'Melveny & Myers LLP

For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this _____ day of _____ 2003.

                BLACK HELTERLINE LLP

                By_____
                   MICHAEL B. MERCHANT
                   Telephone: (503) 224-5560
                   Attorneys for Weiss, Jensen, Ellis & Howard PC

For Defendant McCarter & English LLP:

DATED this 14 day of June 2003.

                THE ROSEN LAW FIRM

                By_/s/ Steven Rosen_____
                   STEVEN O. ROSEN
                   Telephone: (503) 525-2525
                   Attorneys for McCarter & English LLP

For Defendant Stoel Rives LLP:

DATED this 13th day of APRIL, 2004

        BYRNES & KELLER

        By *Ralph E. Cromwell Jr.*
        RALPH E. CROMWELL, JR.
        Telephone: (206) 622-2000
        Attorneys for Stoel Rives LLP


For Defendant Mark Peterman:

DATED this _____ day of _____, 2003.

        COSGRAVE, VERGEER & KESTER LLP


        By_____
        DAVID H. WILLIAMS
        Telephone: (503) 323-9000
        Attorneys for Mark Peterman


Prepared and submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089
Telephone: (503) 228-6351
Facsimile: (503) 295-0915
E-Mail: steve.english@bullivant.com

Error! Unknown document property name.

For Defendant Stoel Rives LLP:

DATED this _____ day of _____, 2003.

       BYRNES & KELLER

       By_____
        RALPH E. CROMWELL, JR.
        Telephone: (206) 622-2000
        Attorneys for Stoel Rives LLP

For Defendant Mark Peterman:

DATED this  9  day of  APRIL , 2004.

       COSGRAVE, VERGEER & KESTER LLP

       By_____
       DAVID H. WILLIAMS
       Telephone: (503) 323-9000
       Attorneys for Mark Peterman

Prepared and submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2089
Telephone: (503) 228-6351
Facsimile:  (503) 295-0915
E-Mail: steve.english@bullivant.com

Error! Unknown document property name.

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 8**